**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BOBBY L. PHILLIPS                                                              Plaintiff

v.                                      4:04CV01362 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                      Defendant

JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 20th     day of     January             , 2006.


                                          /s/ Garnett Thomas Eisele
                                         UNITED STATES DISTRICT JUDGE